Argued October 22, reversed and remanded October 25, 1976

STATE OF OREGON, *Appellant,*

*v.*

DONALD WAYNE FLURY, *Respondent.*

(C 76-02-02097, CA 6428)

555 P2d 209

W. Michael Gillette, Solicitor General, Salem, and Thomas H. Denney, Assistant Attorney General, Salem, attorneys for appellant.

Jim B. Smith, Aloha, attorney for respondent.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

Reversed and remanded. *State v. Egger,* 24 Or App 927, 547 P2d 643, Sup Ct *review denied* (1976).